UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA MURLA<br>Plaintiff | CIVIL ACTION |
| v. | NO: 2019-cv-10507 |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br>Defendant | SECTION: "F" 5 |

## ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Brenda Murla to dismiss all claims against Defendant The Prudential Insurance Company of America with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Brenda Murla's Motion to Dismiss all claims against Defendant The Prudential Insurance Company of America with prejudice is GRANTED and all claims and causes of action by Plaintiff against Defendant are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

**SIGNED** this 30th day of September, 2019.

*Martin L. C. Feldman*
UNITED STATES DISTRICT JUDGE